Jacob M. Downs, WSBA #37982  
Joseph P. Corr, WSBA #36584  
CORR|DOWNS PLLC  
100 W Harrison St, Suite N440  
Seattle, WA 98119  
(206) 962-5040  
Attorneys for Plaintiff

HON. STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE K. DRUMHILLER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN PUBLIC UNIVERSITY SYSTEM,<br><br>　　　　　　　Defendant. | NO. 2:23-CV-00281-SAB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Notice Setting Scheduling Conference and FRCP 26(f), counsel for Plaintiff Nicole K. Drumhiller ("Plaintiff" or "Drumhiller") and counsel for Defendant American Public University System ("Defendant" or "APUS") met and conferred on February 2, 2024, regarding the following topics:

1. <u>Service</u>

The parties agree that service is complete.

2. <u>Jurisdiction, Venue, and Standing</u>

Pursuant to the Court's December 6, 2023 Order, the parties agree that jurisdiction, venue, and standing are proper subject to Defendant's preservation of its objections to that ruling.

JOINT STATUS REPORT - 1  
No. 2:23-CV-00281-SAB

CORR|DOWNS PLLC  
100 WEST HARRISON STREET  
SUITE N440  
SEATTLE, WA 98119  
206.962.5040

3.  Assignment of Case to Magistrate Judge

The parties do not agree to assignment to a Magistrate Judge.

4.  Nature and Basis of Claims

This is an action under RCW 49.60.210, Title IX, 20 U.S.C. §1681, and Wrongful Discharge in Violation of Public Policy.  Plaintiff seeks economic relief to redress being wrongfully terminated and retaliated against for being a victim of sexual harassment and participating in a sham investigation conducted by Defendant.  APUS denies Plaintiff's allegations and asserts affirmative defenses.

5.  Preferred Trial Date and Estimated Length of Trial

The parties' preferred trial date is January 13, 2025.  They estimate that the trial will last three to four days.

6.  Anticipated Motions

None at this time.  The parties anticipate that motions for summary judgment may be filed after substantial discovery is completed.

7.  Initial Disclosures

The parties will exchange initial disclosures in accordance with the Court's order and the federal and local rules by February 16, 2024.  [*FRCP 26(a)(1): A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order*]

8.  Proposed Discovery Plan

The parties will conduct discovery in accordance with the federal and local rules.  The parties agree that there should be no deviation from the federal and local rules at this time.  Initially, the parties agree to produce electronic documents in searchable PDF format or as otherwise agreed.  The parties acknowledge that there may be need for the production of certain documents in native form and with metadata, which will be addressed as needed.  The parties agree to work cooperatively on all discovery issues to resolve them efficiently.

JOINT STATUS REPORT - 2
No. 2:23-CV-00281-SAB

Corr|Downs PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040

The parties anticipate conducting discovery on all matters raised in the Complaint and Answer, including matters pertaining to liability, damages, and affirmative defenses. If any privilege issues arise, they parties will address them on a case-by-case basis. The parties may seek entry of a protective order pertaining to certain confidential information and documents. If it appears during the course of discovery that such an order would be appropriate, the parties will confer and attempt to propose an agreed order.

9. <u>Class Certification</u>

Plaintiff does not allege class certification.

10. <u>Beneficial Interest Claim of a Minor</u>

This case does not involve a beneficial interest claim of a minor or incompetent.

11. <u>Special Procedures</u>

The parties do not believe special procedures such as consolidation of actions or reference to a master or magistrate are appropriate.

12. <u>Modification of Standard Procedures</u>

The parties do not believe modification of the Court's standard procedures is warranted.

13. <u>Feasibility of Bifurcation</u>

The parties do not believe bifurcation is feasible.

14. <u>Settlement Discussions</u>

The parties anticipate that there will be a point in the litigation when they can conduct meaningful settlement discussions or participate in a form of alternative dispute resolution.

15. <u>Identification of Issues to the Supreme Court</u>

The parties do not believe that there are any issues that should be certified to the Supreme Court.

JOINT STATUS REPORT - 3
No. 2:23-CV-00281-SAB

CORR|DOWNS PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040

16. <u>Other Matters</u>

The parties do not believe that there are other matters that may be conducive to the just, efficient, and economical determination of this action.

DATED this 2nd day of February, 2024.

CORR|DOWNS PLLC

By <u>*s/ Jacob M. Downs*</u>
Jacob M. Downs, WSBA No. 37982
Joseph P. Corr, WSBA No. 36584
100 W Harrison St, Suite N440
Seattle, WA 98119
Telephone: 206.962.5040
jdowns@corrdowns.com
jcorr@corrdowns.com
*Attorneys for Plaintiff*

MILLER NASH LLP

By <u>*s/ Michael Porter (per e-mail authorization)*</u>
Michael Porter, WSBA #37339
111 SW 5th Ave, Suite 3400
Portland, OR 97204
Telephone: 503.224.5858
Mike.Porter@MillerNash.com
*Attorneys for Defendant*

STEPTOE & JOHNSON PLLC

By <u>*s/ Larry J. Rector (per e-mail authorization)*</u>
Larry J. Rector (*pro hac vice*)
707 Virginia Street East
Charleston, WV 25301
Telephone: 304.933.8151
larry.rector@steptoe-johnson.com
*Attorneys for Defendant*

JOINT STATUS REPORT - 4
No. 2:23-CV-00281-SAB

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that on February 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Porter, WSBA #37339
MILLER NASH LLP
US Bancorp Tower
111 SW 5th Ave, Suite 3400
Portland, OR 97204
Telephone: 503.224.5858
Mike.Porter@MillerNash.com
*Attorneys for Defendant*

Larry J. Rector (*pro hac vice*)
STEPTOE & JOHNSON PLLC
707 Virginia Street East
Charleston, WV 25301
Telephone: 304.933.8151
larry.rector@steptoe-johnson.com
*Attorneys for Defendant*

DATED this 2nd day of February, 2024.

                *s/ Danna Hutchings*
                Danna Hutchings
                Senior Legal Assistant

JOINT STATUS REPORT - 5
No. 2:23-CV-00281-SAB

CORR|DOWNS PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040