FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE K. DRUMHILLER,<br><br>                              Plaintiff,<br><br>      v.<br><br>AMERICAN PUBLIC UNIVERSITY<br>SYSTEM, INC.,<br><br>                              Defendant. | No. 2:23-CV-00281-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties Joint Stipulation of Dismissal, ECF No. 34. Plaintiff is represented by Jacob Downs, Joseph Corr, and Christa Cushon. Defendant is represented by Larry Rector and Michael Porter. The motion was considered without oral argument.

Due to a settlement agreement, the parties have requested the Court dismiss the above-captioned case with prejudice. The Court grants the motion.

//
//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED:**

1.      The parties Joint Stipulation of Dismissal, ECF No. 34, is **GRANTED**.

2.      The above-captioned case is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and keep the filed **closed**.

**DATED** this 26th day of August 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2